PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States
Attorney 2500 Tulare Street,
Suite 4401 Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

**SEALED**

**FILED**

**Apr 12, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  1:22-mj-00054 BAM |
| v. | SEALING ORDER |
| PATRICK ANTHONY FEASTER AND MARCUS RASHAD NEWTON | **UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated:    4/12/22

_B. McAuliffe_
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE