FILED

APR 2 8 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )        Case №: 1:22-00054-1-BAM
                                       )
            Plaintiff,                 )            O R D E R
                                       )        APPOINTING COUNSEL
        vs.                            )
                                       )
PATRICK ANTHONY FEASTER,               )
                                       )
            Defendant.                 )
_____)

The above named Defendant has, under oath, sworn or affirmed as to his financial

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Richard A. Beshwate, Jr. be appointed to represent the

above defendant in this case effective *nunc pro tunc* to April 15, 2022.

This appointment shall remain in effect until further order of this court.

DATED:  4/28/2022

HON. ERICA P. GROSJEAN
United States Magistrate Judge

-1-