# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>PATRICK ANTHONY FEASTER<br>*Defendant* | ) ) ) ) ) | Case No. 1:22-cr-00120-DAD-BAM |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1-19-23

X PATRICK FEASTER
*Defendant's signature*

*Signature of defendant's attorney*

Richard A. Beshwate, Jr.
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Ana de Alba, United States District Judge
*Judge's printed name and title*