ERIC GRANT
United States Attorney
ANTONIO J. PATACA
ANGELA ALEXANDER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PATRICK FEASTER,<br>Defendant. | CASE NO. 1:22-CR-00120-TLN-BAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE |

**STIPULATION**

1. By previous order, this matter was set for status on November 12, 2026.

2. By this stipulation, the parties agree and stipulate to continue the status conference to December 16, 2026. The parties require additional time to review the evidence and discuss potential resolution.

3. No exclusion of time is necessary.

IT IS SO STIPULATED.

Dated: November 9, 2026

ERIC GRANT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: November 9, 2026

/s/ RICHARD BESHWATE
RICHARD BESHWATE
Counsel for Defendant
PATRICK FEASTER

## ORDER

IT IS SO ORDERED that the status conference is continued from November 12, 2026 to **December 16, 2026 at 2:00 p.m. before Magistrate Judge Erin Guy Castillo.**

Dated: November 10, 2026

The Honorable Frank J. Singer
UNITED STATES MAGISTRATE JUDGE